# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-094-553**

Effective Date of Registration:
March 04, 2018

Acting United States Register of Copyrights and Director

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
        For Photographs Published:   January 18, 2012 to September 22, 2012

### Title

                Title of Group:   Nkechi Diallo AKA Rachel Dolezal
Number of Photographs in Group:   7

### Completion/Publication

              Year of Completion:   2012
Earliest Publication Date in Group:   January 18, 2012
 Latest Publication Date in Group:   September 22, 2012
     Nation of First Publication:   United States

### Author

                      Author:   Nkechi Diallo AKA:  Rachel Dolezal
            Author Created:   photographs
        Work made for hire:   No
              Domiciled in:   United States

### Copyright Claimant

           Copyright Claimant:   Nkechi Diallo AKA:  Rachel Dolezal
                                    618 East 36th Avenue, Spokane, WA, 99203, United States

### Certification

                        Name:   Richard Liebowitz
                        Date:   March 04, 2018

        Copyright Office notes:   Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

**Registration #:**   VA0002094553
**Service Request #:**   1-6346888775

Richard Liebowitz
11 Sunrise Plaza
Suite 305
Valley Stream, NY 11580 United States