# EXHIBIT D



NEWS

# NAACP Activist Rachel Dolezal Accused of Lying About Being Black by Her Parents

By **Jackie Willis** 1:26 PM PDT, June 12, 2015

NAACP Leader Rachel Dolezal Outed as White ...

Jessica Walter Dead at 80, Her 'Arrested Development' Co- ...

Kristen Stewart Smiles Like Princess Diana in New Pic ...

'Country Comfort's Eddie Cibrian on If He Shared ...

Watch Cardi B's Husband Offset Give Daughter Kulture a ...

Dr. Dre's Home Target of Potential Attempted Burglary

An NAACP leader is having her race questioned by her own parents.

3/26/2021 NAACP Activist Rachel Dolezal Accused of Lying About Being Black by Her Parents | Entertainment Tonight

NEWS PHOTOS VIDEOS • ET LIVE

two African-American children, Rachel started "disguising herself."

https://www.etonline.com/news/166099_naacp_activist_rachel_dolezal_race_in_question_after_her_parents_come_forward 2/12



*Facebook*

"It's very sad that Rachel has not just been herself," Ruthanne told the newspaper. "Her effectiveness in the causes of the African-American community would have been so much more viable, and she would have been more effective, if she had just been honest with everybody."

**Anyone with Diabetes Should Watch This (Big Pharma Companies Hate This!)**

Paid Content by Control Sugar Levels

WATCH: Channing Tatum Pranks *Magic Mike XXL* Fans With Older Man Disguise

Rachel's parents, who are both white, say their family ancestry is Czech, Swedish and German with a touch of American Indian heritage. In an interview with *CNN*, Ruthanne said that her 37-year-old daughter "has never claimed to be biracial or African American" in their presence.

WATCH: *Star Wars* Lead John Boyega Walked Convention Floor in Disguise

The NAACP was forced to address this controversy Friday morning.

"NAACP Spokane Washington Branch President Rachel Dolezal is enduring a legal issue with her family, and we respect her privacy in this matter. One's racial identity is not a qualifying criteria or disqualifying standard for NAACP leadership," the organization said in a statement to ET. "The NAACP Alaska-Oregon-Washington State Conference stands behind Ms. Dolezal's advocacy record. In every corner of this country, the NAACP remains committed to securing political, educational, and economic justice for all people, and we encourage Americans of all stripes to become members and serve as leaders in our organization."

Rachel's ethnicity is also in question by the city of Spokane which is claiming she checked that she was of African-American descent on a city application to be on the Ombudsman commission.

*Facebook*

On Thursday, a reporter from CNN affliate *KXLY* straight up asked Rachel if her parents were white. "That's a very -- I mean, I don't know what you're implying," she told the reporter before walking off mid interview.

PHOTOS: Double Take! Celebrity Lookalikes

This bizarre story has inevitably made it to Twitter, with the hashtag "#transracial" trending. "Hmm interesting article about #racheldolezal. If she identifies as black, can she be transracial?" one tweet reads.

Actress Mia Farrow posted a similar sentiment, writing: "We accept that a person can identify as transgender. Can 'trans-ethnic' be a real thing?"

3/26/2021 Case 1:21-cv-04505 Document 1-4 Filed 05/19/21 Page 7 of 13 NAACP Activist Rachel Dolezal Accused of Lying About Being Black by Her Parents | Entertainment Tonight

NEWS
PHOTOS
VIDEOS
ET LIVE
¡Infórmate aquí!
PENFED
CREDIT UNION
Con seguro federal de la NCUA. Para recibir cualquier producto anunciado, debes ser socio de PenFed Credit Union. ©2020 Pentagon Federal Credit Union.

We accept that a person can identify as transgender. Could 'trans-ethnic' be a real thing? #RachelDolezal

— mia farrow (@MiaFarrow) June 12, 2015

Felonious Munk
@Felonious_munk
"She's trying to steal my (tropic) thunder?!" ~~~ Kirk Lazarus asking about #RachelDolezal
8:59 AM · Jun 12, 2015
82
99
Share this Tweet

https://www.etonline.com/news/166099_naacp_activist_rachel_dolezal_race_in_question_after_her_parents_come_forward 6/12

3/26/2021 Case 1:21-cv-04505 Document 1-4 Filed 05/19/21 Page 8 of 13 NAACP Activist Rachel Dolezal Accused of Lying About Being Black by Her Parents | Entertainment Tonight

NEWS PHOTOS VIDEOS • ET LIVE

Un pago bajito es mi
PENFED POWER
PRÉSTAMO DE AUTO
¡Infórmate aquí!
PENFED
CREDIT UNION

As of late, Rachel is still the Spokane NAACP President.

***RELATED GALLERY***

HAMPSHIRE

**Two Looks, One Star: Major Celeb Hair Transformations of the Past! ⟶**

https://www.etonline.com/news/166099_naacp_activist_rachel_dolezal_race_in_question_after_her_parents_come_forward 7/12

Taboola Feed

**Cheap Online Degrees Seniors Can Complete In a Flash**

Online Business Degrees | Search Ads | Sponsored

**If you're over 50 - this game is a must!**

Vikings: War of Clans | Sponsored

**Real Men's Tungsten Bands - Affordable and Masculine**

Tungsten Fashions | Sponsored

**Don't play this game if you are under 40 years old**

Vikings: War of Clans | Sponsored

**Armon Tungsten Ring 8mm**

Tungsten Fashions | Sponsored

**World's 23 Most Beautiful Beaches**

TripOnMag.com | Sponsored

**EXCLUSIVE: Kim Kardashian 'Terrified' After Kanye West's Hospitalization: He 'Hasn't Been Himself in a While' | Entertainment Tonight**

Kim Kardashian rushed to be by Kanye West's side after hearing of his hospitalization, a source tells ET.

Entertainment Tonight

**Don't Let Poor Reviews Ruin You - Fast Free Scan Shows What Customers Think**

Delight and manage your customers anytime, anywhere, and on any device with Thryv's small business platform.

Thryv | Sponsored

**All Seniors Should Wear This $49 Health Watch**

Koretrak by weLoveSavings | Sponsored

**Fast, Free Scan Shows What Your Customers Are Saying About You Now**

Delight and manage your customers anytime, anywhere, and on any device with Thryv's small business platform.

Thryv | Sponsored

**Kelly Clarkson Opens Up About 'Horrible' Divorce as New Split Details Emerge | Entertainment Tonight**

Entertainment Tonight

**'That 70s Show' Actress Dies | Entertainment Tonight**

Entertainment Tonight

**The Secret Behind Babbel: An Expert Explains Why This App Is the Best for Learning a New Language**

Babbel | Sponsored

**Remove NETFLIX Restrictions In Puerto Rico This Is What You Do**

TheTopFiveVPN | Sponsored

**Is your shower drain dirty? This trick makes it clean again!**

Happy-Tricks.com | Sponsored

NEWS PHOTOS VIDEOS • ET LIVE

**Kim Kardashian Posts Jaw-Dropping Twerking Video | Entertainment Tonight**

Entertainment Tonight

SPONSORED TOPICS

1. BEST FACE WRINKLE CREAM
2. ADOPT CAVALIER PUPPIES
3. VINEGAR FOR HAIR LOSS
4. TRENDY DRESSES FOR
5. JEANS FOR WOMEN OVER 60
6. HOW TO LOSE BELLY FAT
7. THYROID EYE DISEASE
8. BEST CLOTHES FOR OLDER
9. DRINKS THAT SHRINK BELLY
10. CHEAP TVS FOR SALE
11. BEST VITAMINS FOR
12. BEST MEDICARE PART D



NEWS PHOTOS VIDEOS ET LIVE

RÉSTAMO DE AUTO ¡Infórmate aquí! debes ser socio de PenFed Credit Union ©2020 Pentagon Federal Credit Union.

## BROWSE ETONLINE

News
ET Live
Video
Photos
Movies
TV
Awards
Music
Style
Giveaways
Newsletters

## CONNECT WITH ET

Facebook
Instagram
Twitter
YouTube
RSS
ET on TV
ET LIVE Help
Submit Feedback
Careers
Advertise with Us

## SITES WE LOVE

Paramount+
CBS News
Inside Edition
Rachael Ray Show



NEWS
PHOTOS
VIDEOS
ET LIVE
GET THE LATEST NEWS
E-Mail Address
SIGN UP
you agree to our Terms of Use and Privacy Policy
® & © 2021 CBS Studios Inc. © 2021 CBS Television Distribution and CBS Interactive Inc. All Rights Reserved.
Terms of Use Privacy Policy Mobile User Agreement Video Services Policy Closed Captioning Ad Choices Advertise with Us Submit a Tip
CA Privacy/Info We Collect Do Not Sell My Personal Information