## **NOTICE OF ORDERS**

On June 26, 2020, in another action, the Honorable Jesse M. Furman of the United States District Court for the Southern District of New York entered an Opinion and Order directing that Richard Liebowitz and Liebowitz Law Firm, PLLC ("LLF") file a copy of that Opinion and Order in all cases filed by LLF, or a firm associated with LLF's clients, within one year of June 26, 2020.  A copy of Judge Furman's order is attached hereto as Exhibit A.  Subsequent orders were issued on July 22, 2020 and November 30, 2020, which are attached hereto as Exhibits B and C, respectively.

Mr. Liebowitz and LLF respectfully contest Judge Furman's factual findings and legal conclusions, and have appealed the Opinion and Order to the United States Court of Appeals for the Second Circuit.  The appeal remains pending.

Dated: May 19, 2021

       White Plains, New York

                                         Respectfully Submitted,

                                         The Roshco Law Firm, PLLC

                                         By: /S/ Daniel S. Roshco
                                         Daniel S. Roshco
                                         1 Renaissance Square – Suite 8B
                                         White Plains, New York 10601
                                         Tel: (516) 282-1212
                                         droshco@copyrightjustice.com