```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/21/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
NKECHI DIALLO A/K/A RACHEL DOLEZAL,       :
                                          :
                        Plaintiff,        :
                                          :
        -against-                         :     21-CV-4505 (VEC)
                                          :
                                          :     ORDER TO SHOW CAUSE
CBS INTERACTIVE INC.,                     :
                                          :
                        Defendant.        :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on May 19, 2021, Plaintiff commenced this copyright-infringement action, stemming from Defendant's alleged use of Plaintiff's protected photograph, Compl. ¶ 1;

IT IS HEREBY ORDERED that Plaintiff must, no later than **June 14, 2021**, show cause, in writing, why this action should not be dismissed under the Fair Use exception of the Copyright Act, *see* 17 U.S.C. § 107.

IT IS FURTHER ORDERED that Plaintiff must serve a copy of this Order to Show Cause on Defendant in addition to the Complaint and Summons as already required by Fed. R. Civ. P. 4, and promptly file proof of service with this Court.

**SO ORDERED.**

**Date:  May 21, 2021**                                    _____
       **New York, New York**                                   **VALERIE CAPRONI**
                                                            **United States District Judge**